The People of the State of New York, Respondent,
against
Rene A. Malasquez Sanchez, Appellant.




The Legal Aid Society of Westchester County (David B. Weisfuse of counsel), for appellant.
Westchester County District Attorney (Christine DiSalvo and Steven A. Bender of counsel), for respondent.

Appeal from a judgment of the Justice Court of the Village of Port Chester, Westchester County (Jose O. Castaneda, J.), rendered February 17, 2017. The judgment convicted defendant, upon his plea of guilty, of unlawful possession of marihuana, and imposed sentence.




ORDERED that the judgment of conviction is reversed, on the law, the accusatory instrument is dismissed, and the fine, if paid, is remitted.
Defendant was charged in an accusatory instrument with unlawful possession of marihuana (Penal Law § 221.05) and, on February 17, 2017, he pleaded guilty to the charge and was sentenced to pay a fine in the amount of $200.
For the reasons stated in People v Malasquez Sanchez (___ Misc 3d ____, 2019 NY Slip Op ____ [appeal No. 2017-2047 W CR], decided herewith), the judgment of conviction is reversed and the accusatory instrument is dismissed.
TOLBERT, J.P., GARGUILO and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 21, 2019